**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000726
12-DEC-2024
08:16 AM
Dkt. 93 OCOR**</span>

NO. CAAP-20-0000726


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JOHN DAVIS, Plaintiff-Appellant/Cross-Appellee, and
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY, INC.,
Plaintiff-Intervenor-Appellee/Cross-Appellee, v.
GP SERVICES, LLC, Defendant-Appellee/Cross-Appellant; and
YOUNG BROTHERS LIMITED; JOHN DOES 1-5; JANE DOES 1-5,
DOE PARTNERSHIPS 1-5, DOE CORPORATIONS 1-5, ROE NON-PROFIT
CORPORATIONS 1-5, and ROE GOVERNMENTAL ENTITIES 1-5,
Defendants-Appellees/Cross-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC111000497)


ORDER OF CORRECTION
(By: McCullen, J.)

IT IS ORDERED that the Summary Disposition Order

entered on October 31, 2024 (docket no. 91) in the above case is

corrected as follows:

On page 3, second full paragraph, the word "court" should be inserted between circuit and abused, so that the line reads, "GP also contends the circuit court abused its . . . ."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, December 12, 2024.

/s/ Sonja M.P. McCullen
Associate Judge